**Harry P MENDOZA, Captain, Plaintiff–Appellee**

v.

**NEW ORLEANS CITY; C Ray Nagin; Warren Riley; Marlon Defillo; Michael Harrison; Bruce Adams; Sergeant Lawrence Jones; Sergeant Kenneth Miestchovich, Defendants–Appellants.**

---

**Harry Mendoza, Plaintiff–Appellee**

v.

**New Orleans City, Defendant–Appellant.**

**No. 07–30773.**

United States Court of Appeals, Fifth Circuit.

July 10, 2008.

Edward F. Kohnke, IV, Hamlin, Griffin & Kohnke, Abita Springs, LA, for Plaintiff–Appellee.

Heather M. Valliant, James B. Mullaly, City Attorney's Office for the City of New Orleans, New Orleans, LA, Joseph Vincent DiRosa, Jr., Deputy City Attorney, for Defendants–Appellants.

Before HIGGINBOTHAM, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM: *

AFFIRMED. See 5th Cir. R. 47.6.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.